

1  Lewis Vincent Hughes
2  15923 SE 369th Street
3  Auburn, Washington [98092]

| | |
|---|---|
| Lewis Vincent Hughes,<br>*in propria persona*<br>15923 SE 369th Street<br>Auburn, Washington [98092],<br>Tax Parcel ID 665250-0040 & 665250-0030<br>　　Libelant/Petitioner<br><br>v.<br><br>William Raymond Hinesly, individual & severally; Wei Yang, individually and severally; Darin Silva, individually and severally; BETTER PROPERTIES NW; John Schlanbusch, individually and severally; JOHN S REALTY, FIDELITY NATIONAL TITLE COMPANY, Bank of America, N.A., Wells Fargo Bank, N.A., John and Jane Doe 1-100,<br>　　Libelees/Respondents | **In Law and in Admiralty**<br><br>Case No. 2:16-cv-00005-JCC<br><br>**Miscellaneous Case Filing**<br>**prior to filing of full Complaint** |

In the district court of the United States
For the Western District of Washington

Miscellaneous Case Filing                                           Page **1** of 3

*[handwritten margin notes: "TAC013679"; "no Summons issid/presented"]*

## MISCELLANEOUS CASE FILING

NOTICE IS HEREBY GIVEN of the pendency of a civil action between, Libelant/Petitioner, Lewis Vincent Hughes and against the above named parties and Lewis Vincent Hughes will be filing the following actions in the above named Court:

1. Libel of Review to redress injuries being suffered and to be suffered by the above named parties.

2. Trespass on Title to protect the property of Lewis Vincent Hughes. Lewis Vincent Hughes holds title to the property and is in possession of the property commonly addressed as 15923 SE 369th Street, Auburn, Washington [98092] under common law Deed and under United States Land Patent.

3. Injunctive Relief.

4. Quiet Title for the property commonly addressed as 15923 SE 369th Street, Auburn, Washington [98092].

5. Tort Claim for damages suffered and to be suffered by the above named parties/Libelees.

6. In addition to the above named acts the above named parties/Libelees did on December 31, 2015 and are continuing to violate the Civil Rights Act of 1866.

This civil action shall be filed pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1333(1), the Constitution for the United States of America Article III, Sect. 2, and the Civil Rights Act of 1866.

Contrary to the above parties' fraudulent actions and misrepresentations, Lewis Vincent Hughes is the current holder of title and presently possesses an interest, including but not limited to title in all that real property commonly known as 15923 SE 369th Street, Auburn, Washington [98092] under common law Deed and under United States Land Patent.

This case shall serve as a repository for evidence prior to the filing of the Complaint.

Libelant/Petitioner, Lewis Vincent Hughes anticipates subpoenaing evidence from several of the Libelees/Respondents prior to the filing of the Complaint. The addresses for service of the Complaint and/or the subponeas have yet to be discovered.

Dated this 4th day of January, 2016.

L.S. *[signature]*

Lewis Vincent Hughes
15923 SE 369th Street, Auburn, Washington
[98092]