

Lewis Vincent Hughes
15923 SE 369th Street
Auburn, Washington [98092]
(360)-480-8682

# In the district court of the United States
# for the western district of Washington

| | |
|---|---|
| Lewis Vincent Hughes, | **In Law and in Admiralty** |
| *in propria persona* | |
| 15923 SE 369th Street | **Case No. 2:16-CV-00005-JCC RSM** |
| Auburn, Washington [98092], | Amended |
| Tax Parcel ID 665250-0040 and | **Complaint in Law** |
| 665250-0030 | **1. Libel of Review** |
| Dean A. Arp, | **2. Injunctive Relief** |
| *in propria persona* | **3. Declaratory Judgment** |
| Libelant/Petitioner | **4. Quiet Title** |
| | **5. Tort** |
| v. | |
| | Re: Unalienable rights in the original |
| WILLIAM RAYMOND HINESLY, | estate- |
| William Raymond Hinesly, individual & | Article III; Constitution for the United |
| severally; | States of America |
| WEI YANG, Wei Yang, individually and | |
| severally; DARIN SILVA, Darin Silva, | **Trial by Jury Demanded** |
| individually and severally; BETTER | |
| PROPERTIES NW; | |
| JOHN SCHLANBUSCH, | |

| | |
|---|---|
| John Schlanbusch, individually and severally; | ) |
| JOHN S REALTY, | ) |
| FIDELITY NATIONAL TITLE COMPANY, | ) |
| BANK OF AMERICA, N.A., | ) |
| MTC FINANACIAL INC. dba TRUSTEE CORPS, | ) |
| WELLS FARGO BANK, N.A., | ) |
| John and Jane Doe 1-100, | ) |
| Libelees/Respondents | |

COMES NOW, the Libelant/Petitioner, Lewis Vincent Hughes, moving *in propria persona*, a Free White Man, a member of the body politic the State of Washington, standing on the land, not waiving any rights, preserving all rights under the Common Law and in the Common Law, in the district court of the United States, as a matter of right to challenge alleged rights/claims under maritime liens or other claims and notice of seizure on land by Libelees, complains and alleges the following:

## I.   JURISDICTION/COGNIZANCE - VENUE

### A.   Jurisdiction

#### i.   *Federal Question*

1.      This Court has original jurisdiction under Title 28 U.S.C. § 1333, in that commercial banks are instrumentalities of Congress and are therefore subject to all Acts of Congress, i.e. the Statutes-at-Large, which have been codified as the UNITED STATES CODE, including all federal banking laws, all of which are under the exclusive jurisdiction of the district court of the United States.  This Court has jurisdiction over all questions arising in the western district of

Washington as that is where is Court sits and all causes of action occurred and are occuring in this district.

2.  **Jurisdiction**: *"The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority; to all Cases affecting Ambassadors, other public Ministers and Consuls; to all Cases of admiralty and maritime Jurisdiction;...."* Article III, Section 2 of the Constitution for the United States of America.  Emphasis added.

3.  This is an admiralty/maritime cause of action within the meaning of Federal Rules of Civil Procedure 9(h).  Libelant/Petitioner, Lewis Vincent Hughes,  draws attention to **2 Benedict** [6th Edition] § 275, pg. 119, 120:

> *"But where a party discovers that ...he has had no proper notice... and has thereby been deprived of property; or where there has been fraud of any kind...so that no regular remedy is left him, he may obtain redress by filing a __libel of review.__  The subsequent proceedings will be the same as in any suit and the decree of the court will be such as equity demands.  There is no corresponding provision in the Civil Rules."*  Emphasis added.

4.  In international law and according to the law of this land, agents of a foreign principal are required to file any purported claim in the appropriate district court of the United States prior to exercising rights to that claim. The district courts have "exclusive original cognizance" of all inland seizures FRCP Rule 9(h) and this includes vessels in rem (Rule C(3)) such as trust organizations and legal names i.e., Lewis Vincent Hughes, LEWIS VINCENT HUGHES, LEWIS V. HUGHES, Jacob Lew, BANK OF AMERICA, N.A., WELLS FARGO BANK, N.A., BETTER PROPERTIES NW, etc.

> *"...the United States, ... within their respective districts, as well as upon the high seas; (a) saving to suitors, in all cases, the right of a common law remedy, where the common law is competent to give it; and shall also have exclusive original cognizance of all seizures on land,..."* **The First Judiciary Act**; September 24, 1789; Chapter 20, page 77.  **The**

**Constitution for the United States of America**, Revised and Annotated - Analysis and Interpretation - 1982; Article III, §2, Cl. 1.

This fact of protocol - filing a claim in district court of the United States according to international law - is beyond dispute and extends into antiquity: "Meanwhile those who seized wreck ashore without a grant from the Crown did so at their peril." Select Pleas in the Court of Admiralty, Volume II, A.D. 1547-1602; Introduction - Prohibitions, Note as to the early Law of Wreck, Selden Society, p. xl, 1897. Even the IRS recognizes the protocol:

> "*Place for filing notice; form. Place for filing. The notice referred to in subsection (a) shall be filed -- with the clerk of the district court. In the office of the clerk of the United States district court for the judicial district in which the property subject to the lien is situated...*" 26 U.S.C. § 6323.

5.    As further evidence that the action before the court is in fact an Admiralty action we find in *UNITED STATES of America v. $3,976.62 in currency, One 1960 Ford Station Wagon Serial No. OC66W145329,*

> "*Although, presumably for purposes of obtaining jurisdiction, action for forfeiture under Internal Revenue Laws is commenced as **Proceeding in admiralty**, after jurisdiction is obtained proceeding takes on character of civil action at law, and at least at such stage of proceedings, Rules of Civil Procedures control.*" Emphasis added.

6.    Former English Colonists lobbied the first U.S. Congress to establish a judicial process to provide access to common law courts and their just remedies within the context of admiralty jurisprudence. American Citizens demanded common law courts and remedies because of fresh memories of injustice executed by English admiralty courts under the guise of statutes, which caused undue [on land] seizures & property seizures without jury trials. The First Session of the First Congress, in accord, responded by creating and enabling the district courts of the United States by enacting the '*saving to suitors*' clause. The 'savings clause' ensures American Citizens never suffer the oppression and tyranny of arbitrary and predatory statutory seizures [revised or otherwise] and executions under the guise of lawful admiralty adjudication.

*"....Whereas....The British Parliament, claiming a power of right to bind the people of America, by statute in all cases whatsoever....and extended the powers of Admiralty courts beyond their ancient limits within the body of a county....by force of a statute...in the last session of Parliament, three [more] statutes were made...And another statute was then made,...All...statutes are impolitic, unjust, and cruel, as well as unconstitutional, and most dangerous and destructive of American rights....petitions to the crown for redress have been repeatedly treated with contempt by His Majesty's ministers of state:...the English Colonies in North America...are entitled to life, liberty, and property,... never ceded to any sovereign power...entitled to all ...rights, liberties, and immunities of free natural-born subjects,...of England...the colonies are entitled to the common law of England,...according to the course of that law...we find many infringements and violations of the foregoing rights...such acts and measures...demonstrate a system formed to enslave America...[cites 7 statutes]...for the purpose of raising ...revenue in America...extend the powers of the admiralty courts beyond their ancient limits...[seizures in land] before ...allowed to defend his property....[its] subversive of American rights...."* **Declaration of Colonial Rights: Resolutions of the First Continental Congress**, Presentation, Joseph Galloway, before the British House of Commons, on or about June 1779.  The Examination of Joseph Galloway...before the House of Commons..., 2d ed.; London, 1780, p.61.

7.    Notice in choice of Law: 5th, 6th, 7th Amendments to the Constitution for the United States of America secured due process in the course of Common Law for the State Citizens.  And while the State Citizens have no direct relationship to the Constitution for the United States of America, all provisions of the Constitution are binding on all agents, agencies, courts, and other instrumentalities of the United States and they are required to comply fully with its provisions.  I, Libelant/Petitioner, Lewis Vincent Hughes, am invoking the Savings to Suitor clause in order to secure and proceed in the course of the Common Law given the fact that there is controversy within Special Maritime and Territorial Jurisdiction of the United Sates.  In 1948 and 1949, Congress codified the 'saving to suitor' clause & its common law remedy in Title 28 U.S.C. § 1333(1), without any substantive change in its application or original meaning.  **Madruga v**

**Superior Court of California**, 1954, 74 S.Ct. 298, 346 U.S. 556, 98 L.Ed. 290.   Libelees and their agents/employees /officers are directed by the Governor of the Fund (I.M.F.) AKA Secretary of the Treasury Jacob Lew, alien custodian for Prize and Booty, and are acting as foreign agents of their principal, The Fund and Bank et. al., an *a fortiori* mandates pursuant to the law of the United States of America Title 22 U.S.C. Foreign Relations and Intercourse - International Organizations Chapter 7 § 286g.  Jurisdiction and venue of actions - "...*any such action at law .... to which either the Fund or Bank shall be a party shall be deemed to arise under the laws of the United States, and the **district courts of the United States** shall have original jurisdiction of any such action.*"  Emphasis added.

Title 28 of the United States Codes ("U.S.C.") § 1603(b) defines:

(b) An "agency or instrumentality of a foreign state" means any entity-

(1) which is a separate legal person, corporate or otherwise, and

(2) which is an organ of a foreign state or political subdivision thereof, or a majority of whose shares or other ownership interest is owned by a foreign state or political subdivision thereof, and

(3) which is neither a citizen of a State of the United States as defined in section 1332(c) and (d) of this title nor created under the laws of any third country.

**ii.  *Amount in Controversy***

8.      The amount in controversy exceeds $75,000.  On March 12, 2015, MTC FINANACIAL INC. dba TRUSTEE CORPS recorded a TRUSTEE'S DEED UPON SALE in which BANK OF AMERICA, N.A., allegedly paid $340,000.00 for ownership of the real property.  Therefore, the request for relief stated in this Complaint places the claim well over $75,000 in controversy.

**B.      Venue**

9.      Venue for all claims lies in the western district of Washington since Libelant/Petitioner's claims arose from acts of the Libelees/Respondents perpetrated therein or perpetrated on a State

Complaint                                                                      Page **6** of **33**

Citizen of the State of Washington through the mail system or the KING COUNTY RECORDER'S OFFICE, or by direct contact.  28 U.S.C. § 1391.

## C.   Parties to the Case

10.   Libelant/Petitioner, Lewis Vincent Hughes, in propria persona, is a State Citizen of the State of Washington and is in possession of and dwelling on the real property addressed as 15923 SE 369th Street, Auburn, Washington [98092] as a permenant abode.  Annexed hereto as AXXEX A is a copy of Libelant/Petitioner, Lewis Vincent Hughes, Duly Sworn Annex Execution for Political and Legal Obligations.  That document shows Libelant/Petitioner, Lewis Vincent Hughes, as a State Citizen of the State of Oregon, however, by Declaration it is hereby updated to be "as a State Citizen of the State of Washington."

11.   Libelee/Respondent, William Raymond Hinesly, is a resident of the State of Washington and resides at 37630 E. Lake Walker Dr. SE, Enumclaw, WA 98022.

12.   Libelee/Respondent, Wei Yang, is a resident of the State of Washington and resides at 1329 E. 43rd Street, Tacoma, WA 98404.

13.   Libelee/Respondent, Darin Silva, is a resident of the State of Washington and works out of an office at 28815 Pacific Highway S., Federall Way, WA 98003.  Home residence address is unknown at this time.

14.   Libelee/Respondent, BETTER PROPERTIES NW, is an instrumentality of the State of Washington and is located at 28815 Pacific Highway S., Federall Way, WA 98003.

15.   Libelee/Respondent, John Schanbusch, is a resident of the State of Washington and works out of an office at 2315 N. 30th Street, Tacoma, WA 98403.  Home residence address is unknown at this time.

16.   Libelee/Respondent, JOHN S REATY, is an instrumentality of the State of Washington and is located at 2315 N. 30th Street, Tacoma, WA 98403.

17.   Libelee/Respondent, FIDELITY NATIONAL TITLE COMPANY, is an instrumentality of the State of Washington and is located at 6450 Southcenter Blvd., Suite 107, Tukwila, WA 98188.

18.   Libelee/Respondent, BANK OF AMERICA, N.A., is an instrumentality of the United States and is headquartered at Bank of America Corporate Center, 100 North Tryon Street, Charlotte, NC 28255.

19.   Libelee/Respondent, MTC FINANACIAL INC. dba TRUSTEE CORPS, is an instrumentality of the State of Washington and is headquartered at 17100 Gillette Ave., Irvine, CA 92614, with a local address of 1700 Seventh Ave., Suite 2100, Seattle, WA 98101.

20.   Libelee/Respondent, WELL FARGO BANK, N.A., is an instrumentality of the United States and is headquartered at Wells Fargo Headquarters, 420 Montegomery Street, San Francisco, CA 94104.

21.   Libelees/Respondents, John and Jane Does, may be added as a result of the Discovery phase.

## II.  Definitions

22.   **Definitions**:  As used herein and any and all causes of action, actions, processes, or procedures related to or applied to or entered into under this libel of review are governed by the following definitions:

    a.   The word '**state**' or '**State**' and any variation of spelling or capitalization means the geophysical area bounded by and within the borders of the state known as Washington, which consists of 71,362 square miles, and is one of the several states which form the perpetual Union known as The United States of America by the confederation ratified by the delegates of the several states on the ninth of July in the year 1778.  No alternative definition, whether created by Congress or other construction can be applied.

Complaint                                                          **Page 8 of 33**

b.      The **"body politic the State of Washington"** means that social compact created by the People on the soil of that land separated from the Oregon Territory and which is part of the perpetual Union known as The United States of America and no other construction can be applied.

c.      The term **'State Citizen'** regardless of any variation of spelling or capitalization means a member of the body politic the State of Washington as defined above.  Being a 'State Citizen' does not make One a 14th Amendment United States citizen.

d.      The term **'STATE OF WASHINGTON'** means the fiction, foreign, private, for profit business corporation masquerading as a de facto provider of government services.

e.      The term **'SUPERIOR COURT OF THE STATE OF WASHINGTON FOR KING COUNTY'** means the fiction, foreign, private, for profit business corporation masquerading as a provider of judicial services but which has no granted judicial authority but instead acts by war, i.e., the force and threat of arms, involuntary servitude, peonage, and slavery.

## III.  NATURE OF CAUSE OF ACTION

23.      The cause of this action is a Libel of Review to settle Title and address Trespass on Title are now in the "original exclusive cognizance" of the United States through the district court - see the ***First Judiciary Act of September 24, 1789, Chapter 20, page 77.***  This cause of action can lay only in the district court of the United States for the western district of Washington, and cannot be moved to the UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON, because the Congress of the United States has never assigned Article III judicial power to that Court.  A thorough search of the Congressional Record will bear that fact out.

24.      Libelant/Petitioner, Lewis Vincent Hughes, hereinafter Hughes, claims Title to the land and all fixtures thereon under "Title under DEED" and under United States Land Patent.  Libelee/Respondent, William Raymond Hinesly, hereinafter Hinesly, claims equitable ownership under a Not Statutory SPECIAL WARRANTY DEED, annexed hereto as ANNEX B, issued by

BANK OF AMERICA, N.A., which carries no warranty and which says on its face that it is subject to all RIGHTS, RESERVATIONS, COVENANTS, CONDITIONS, RESTRICTIONS, AGREEMENTS, NOTES, DEDICATIONS, ENCROACHMENT, AND EASEMENTS PRESENTLY OF RECORD. That language alone makes it inferior to Libelant Hughes's Title under Deed. Also, the Court is requested to take *Judicial Notice* that the language does not conformt to the language requirements of a statutory WARRANTY DEED, which says that the Grantor actually has title and authority to transfer Title. Investopedia, http://www.investopedia.com/terms/s/special-warranty-deed.asp, states the following:

> "*The grantor of a special warranty deed warrants the title only against his or her own omissions and/or defects, and warrants nothing pertaining to the title prior to his or her possession.*"

In this instance, claim to Title, and not actual Title is the only thing which was allegedly transferred to BANK OF AMERICA, N.A. by MTC FINANACIAL INC. dba TRUSTEE CORPS under a TRUSTEES' DEED, and that was without warranty. That TRUSTEES DEED is annexed hereto as ANNEX C.

25.     Libelant/Petitioner, Hughes's "Title under DEED" and United States Land Patent are annexed hereto as ANNEX D.

## Pertainant Chronological Events

26.     On June 25, 2003 Victoria L. Griffin granted to Wanda E. Arp by STATUTORY WARRANTY DEED, a copy of which is annexed hereto as ANNEX E, title to the property.

27.     At some time just before August 13, 2004, Wanda Arp sent a Debt Validation QWR to GREENPOINT MORTGAGE FUNDING, INC., disputing the debt and demanding a full accounting of the alleged debt. A copy of that letter was recorded in the public records of KING COUNTY, and is annexed hereto as ANNEX F. GREENPOINT MORTGAGE FUNDING, INC., refused to comply with the Act of Congress as set out at 12 U.S.C. 2605 and thus violated public policy.

28.     In addition to being in violation of the law, being in violation of and in contempt of the Acts of Congress as set out at 12 U.S.C. 2605, violating and being in contempt of public policy, on October 12, 2004, GREENPOINT MORTGAGE FUNDING, INC., through its servicer GRP Financial Services caused a Corporation Assignment of Deed of Trust to be transferred to WELL FARGO BANK, N.A., a copy of which is annexed hereto as ANNEX G.

29.     Ultimately title was transferred to the Arp Family Trust by QUITCLAIM DEED on December 6, 2004, a copy of which is annexed hereto as ANNEX H, with Dean A. Arp and Wande E. Arp as the beneficiaries of the Trust and D. Scott Heineman of Union City, California was appointed as Trustee.

30.     At some time just before December 15, 2004, Trustee D. Scott Heineman sent a 10 day demand to GREENPOINT MORTGAGE FUNDING, INC., again demanding validation of the debt or in the alternative tacit agreement granting Trustee D. Scott Heineman power-of-attorney to clear up all claims against the real property which he was Trustee over. A copy of the 10 day demand is annexed hereto as ANNEX I. GREENPOINT MORTGAGE FUNDING, INC., never responded to the 10 day demand and thus by default granted Heineman authority to remove all claims against the real property held in Trust.

31.     On January 5, 2015, GREENPOINT MORTGAGE FUNDING, INC. received two affidavits which were Qualified Written Requests (QWR), which are annexed hereto as ANNEX J, in regards to the two alleged mortgages held by GREENPOINT MORTGAGE FUNDING, INC. Again, GREENPOINT MORTGAGE FUNDING, INC., refused to comply with the requirements setforth in the Statute-at-Large, refused to comply with the Acts of Congress, and refused to comply with public policy. Thus, by operation of law as set forth in RESPA and TILA, GREENPOINT MORTGAGE FUNDING, INC., waived all rights, claims, and interests in the real property held by the Arp Family Trust. Also, their second refusal to answer, the second being a demand under affidavit, placess them in default, and pursuant to the provisions of the second demand, the Promissory Note, the Mortgage, and the Deed of Trust are cancelled and are null and void.

Complaint                                                    **Page 11 of 33**

32.   Then on January 28, 2005, GREENPOINT MORTGAGE FUNDING, INC., allegedly transferred by TRUSTEE'S DEED alleged ownership of the real property of the Arp Family Trust to WELL FARGO BANK, N.A., a copy of which is annexed hereto as ANNEX K.  There is no available information as to what was done with the Promissory Notes, if anything, but the filing appears to show that they are held by GRP/AG REAL ESTATE ASSET TRUST 2004-2. Argunendo, If such alleged transfer could be considered valid, then GREENPOINT MORTGAGE FUNDING, INC., is and has been nothing more than a debt collector who again refuses to comply with an Act of Congress as set out at 15 U.S.C. § 1692(i) and refuses to comply with public policy.  15 U.S.C. § 1692(i) reads as follows:

> (a) **Venue**    Any debt collector who brings any legal action on a debt against any consumer shall—
>
>> (1) in the case of an action to enforce an interest in real property securing the consumer's obligation, bring such action only in a judicial district or similar legal entity in which such real property is located; or
>>
>> (2) in the case of an action not described in paragraph (1), bring such action only in the judicial district or similar legal entity—
>>
>>> (A) in which such consumer signed the contract sued upon; or
>>>
>>> (B) in which such consumer resides at the commencement of the action.

Now, since the wording reads "any legal action" and since clearly an action to foreclose is a legal action, it is required by federal law and by public policy that an action must be brought in the judicial district which in this case would be in the SUPERIOR COURT OF THE STATE OF WASHINGTON FOR KING COUNTY.   No such action was ever brought, thus making the foreclosure void and a nullity.  Furthermore, Article I Section 3 PERSONAL RIGHTS of the Constitution for the State of Washington reads as follow:

> "*No person shall be deprived of life, liberty, or property, without due process of law.*"

Non-judicial Foreclosure, even though set out in the Revised Code of Washington is a failure to bring legal action in a court of law and is without question a violation of Personal Rights guaranteed under the Constitution for the State of Washington and a denial of process of law. The Revised Code of Washington is not law but is merely administrative code operated under Statutory Jurisdiction.

Complaint                                                                         Page **12** of **33**

33.     On December 30, 1963, Congress enacted Public Law 88-243, 77 Stat. 630, most commonly referred to as the UNIFORM COMMERCIAL CODE to regulate and control all commercial transactions, especially those involving commercial paper, i.e. security instruments. Promissory Notes and Deeds of Trust and Mortgages are all security instruments, especially since it says so on the face of the instruments.  In the UCC we find the following:

> **"UCC § 3-101:19  Nature of Negotiable Instrument.**
>
> *As a promissory note is commercial paper under UCC § 301-4, and is not an instrument under § 9-105(1)(i), it is not an account or a general intangible subject to the notice requirement of § 9-318(3).*
>
> *The promissory note is intangible property in the nature of a 'chose in action' which can only be claimed or **enforced by an action in court** and not by taking physical possession like other types of property."* [Emphasis added].  Anderson's UCC.

By construction, a Deed of Trust is a *chose in action* and must be enforced ONLY by an action in court.  As noted in the above paragraph failure to bring legal action in a court is a violation of the Personal Rights guaranteed under the Constitution for the State of Washington. Libelant/Petitioner, Lewis Vincent Hughes, challenges the constitutionality of the State of Washington Deed of Trust Act as it violates Article I Section 3 PERSONAL RIGHTS of the Constitution for the State of Washington.  On January 19, 2005, Wanda Arp specifically and specially objected to the foreclosure and to the fact that no court action was taken to adjudicate the right to foreclose.  Said objection was recorded in the public records of KING COUNTY, a copy of which is annexed hereto as ANNEX L.  By her actions, Wanda Arp never waived her rights to due process of law.

34.     The Promissory Note and Deed of Trust were allegedly transferred into GRP/AG REAL ESTATE ASSET TRUST 2004-2.  Wanda Arp denies that she knowingly intended to donate the Promissory Note to a securitized trust investment vehicle for the enrichment of investors.  An affidavit in support of this statement is annexed hereto as ANNEX M  This raises an issue of material fact requiring adjudication by a trier of facts, a jury, which grants jurisdiction to this Court according to Lawrence's Anderson on the UCC § 8-101.27, Questions of law or fact as,

Complaint                                              Page **13** of **33**

*"When there is a dispute as to the existence of donative intent, the issue must be submitted to the trier of fact"* **Blanchette v. Blanchette**, 362 Mass. 518, 287 N.E.2d

34.     Also, it is brought to the attention of this Court that the true economic positions of the parties to the mortgage transaction was never revealed to the Arps, because if it had been revealed that Wanda Arp was being converter from that of a borrower to that of a security issuer, the mortgage transaction would have been cancelled immediately.  Further, if Wanda Arp, without her knowledge or consent, donated a promissory note, i.e. collateral, into a trust for the enrichment of investors, then the reality is an undisclosed investment contract.  Such nondisclosure is a violation of the Statute of Frauds.  Libelant/Petitioner, Hughes, is not making statements of behalf of Wanda Arp, but is merely establishing pertainent events.

35.     Dean A. Arp and Wanda E. Arp never gave up or relinquished their title to the real property to any Libelees/Respondents.  Because those who claim to gain title by illegal process are in contempt and in violation of the federal laws, are in contempt and in violation of the Acts of Congress, are in contempt and in violation of federal public policy, and are in contempt and in violation of the rights guaranteed to the People of the State of Washington under the Constitution for the State of Washington, and because there is no judgment in the SUPERIOR COURT OF THE STATE OF WASHINGTON FOR KING COUNTY stripping title from the Arps, they retained title to their real property until they transferred title to Libelant/Petitioner, Lewis Vincent Hughes, on October 4, 2014, a copy of which is annexed hereto as ANNEX D.

36.     Although WELL FARGO BANK, N.A., allegedly assumed ownership and possession of the real property, they did not have title transferred to them.  Ownership and Title are two different things, as the courts have said on a number of occassions.  The courts of this nation have said the following in numerous cases:

*"The word ownership is frequently used to describe one who has dominion or control over a thing, the title to which is in another."* **Robinson v. State**, 7 Ala. App. 179, 62 So. 303, 306.  **Lennon v. L.A.A. Acceptance Corp. of Rhode Island**, 48 R.I. 363, 138 A. 215,217.  **E. Corey & Co. v. H.P. Cummings Const. Co.**, 118 Me. 34, 105 A. 405, 407.

*"Thus, while someone may be an owner, the person who holds title can take control and dispossess them at any time."*

37.    Dean and Wanda Arp, having noticed that other parties were continuing to try to possess their real property, to which they still had title, filed a notice into the public records of KING COUNTY cleearifying and correcting any mistakes which might be alleged to exist in their Title. A copy of their recording is annexed hereto as ANNEX N. They allowed more than 60 days to pass, giving adequate time for anyone to respond or object to their actions. No one come forth with any contrary claim. Then on October 4, 2014, they transferred Title under DEED to Libelant/Petitioner, Lewis Vincent Hughes.

38.    On October 15, 2014, Libelant/Petitioner, Lewis Vincent Hughes, sent a **NOTICE of Fatal Defects Affecting Titles and Commerce** to named Libelees/Respondents BANK OF AMERICA, N.A., MTC FINANACIAL INC. dba TRUSTEE CORPS, WELL FARGO BANK, N.A., and other allegedly interested parties via prepaid Certified United States Mail. A copy of one of those notices and copies of the Certified Mail receipts are annexed hereto as ANNEX O. There was no response from any entity objecting to my claim of lawful Title under Deed to the real property of this cause of action. By their failure to respond when properly noticed of claim of title, they defaulted on their claims and waives all further rights to claim title to the real property of Libelant/Petitioner, Lewis Vincent Hughes. Since more than one of the entities claim to have interest in the property resulting in this cause of action, they have a duty and obligation to respond and validate their claim of ownership or title.

39.    No Response was heard from any entity until March 14, 2015, when an agent for JOHN S REALTY posted notice on the front door of the house of the real property, claiming that JOHN S REALTY was now the property manager acting on behalf of BANK OF AMERICA, N.A. Libelant/Petitioner, Lewis Vincent Hughes, was not present when this happened and was unaware of it until two days later when a real estate agent showed up and was walking around the property taking pictures of everything. That agent, who refused to leave a business card, was served with a copy of the Title under Deed, by Libelant/Petitioner, Lewis Vincent Hughes. A couple weeks later, that same agent returned and advised Libelant/Petitioner, Hughes, that BANK

Complaint                                                    Page **15** of **33**

OF AMERICA, N.A. was willing to pay Libelant/Petitioner, Hughes, ten thousand dollars to abandon the property and all claims to it. They would not put that specific amount in writing unless Libelant/Petitioner, Hughes, first agreed verbally to the offer. Libelant/Petitioner, Hughes, refused the offer. The offer by BANK OF AMERICA, N.A., was a result their homework and realization that they do not have title to the real property as they presume and can not prevail in a legal action. Libelant/Respondent Hughes has no record or evidence that BANK OF AMERICA, N.A., did not decide it would be more profitable to sell the property under an unenforceable Non-Statutory SPECIAL WARRANTY DEED.

40.     On or about December 16, 2014, Libelant/Petitioner, Hughes, sent an Application to Withdraw from the Torrens Registration to the KING COUNTY RECORDER in anticipation of bringing a Land Patent forward in his name. A short time later, Libelant/Petitioner, Hughes, receives a letter dated December 18, 2014, from the KING COUNTY RECORDER, stating that the property in question has never been in the Torrens Registration. This was a mandatory requirement before a United States of America Land Patent can be brought forward on a piece of land.

41.     Then on March 26, 2015, Libelant/Petitioner, Hughes, recorded into the public records of KING COUNTY a DECLARATION OF ASSIGNEE'S UPDATE OF PATENT for United States OF America PATENT NUMBER: 32, a copy of which is annexed hereto as ANNEX P. Notice of the recording is published weekly for one month, as prescribed by law, by the COURIER HEARLD newspaper. A copy of the Affidavit of Publication is part of ANNEX Q. Notice of the filing is sent to JOHN S REALTY on or about April 1, 2015, as agent for BANK OF AMERICA, N.A. Under the provisions of the Patent Laws for the United States of America, anyone having an adverse claim has sixty ( 60 ) days from the date of filing to file a legal action to challenge the assignment of the Patent. Bouvier's Law Dictionary, Volume III, page 2570 (1914). No such action was ever filed by BANK OF AMERICA, N.A., and thus they waived all claim of Title to the real property of Libelant/Petitioner, Lewis Vincent Hughes.

## IV. Pertinent American History after the First Act of the First Congress: 'Savings Clause'

42.     Libelant/Petitioner, Lewis Vincent Hughes, has not record or evidence that the following facts are not true and correct.

43.     That each Fiction Libelee and its attorneys knew or should have known that on October 28, 1977, the passage by Congress of Public Law 95-147, 91 Stat. 1227, Title 12 U.S.C. § 265, 266, CFR 31 Part 202, declared most banking and loan institutions, including State banks, to be under direction and control of the alien Corporate "Governor" of the International Monetary Fund. See: Public Law 94-564, Legislative History, pg. 5942, and U.S. Government Manual, 1990/91, pg. 480-481, 26 I.R.C. § 6302(c). The Act further declared the true condition of the de facto system at page 1229, to wit:

> "(2) Section 10(a) of the Gold Reserve Act of 1934 [31 U.S.C. § 822(b)] is amended by
> striking out the phrase 'stabilizing the exchange value of the dollar'…"
>> "(c) The joint resolution entitled 'Joint resolution to assure uniform value to the coins
>> and currencies of the United States', approved June 5, 1933 (31 U.S.C. § 463) shall
>> not apply to obligations issued on or after the date of enactment of this section."

The Department of Revenue, of course, being the execution of bankruptcy proceedings against the American People since the advent of House Joint Resolution 192 of June 5, 1933 - P.R. 73-10,  see Senate Report 93-549,  currently formed "International Monetary Fund" and "World Bank" etc. - the State, City METRO municipal and police powers under United Nations charter law - protected by the same alleged positive law jural society (international treaty) exemptions home rule.

The inter-agency International Organizations, Corporations and Associations had closed their doors, See: 60 Stat. 1456, Article VI, 5(b), and refused to pay their debts and could not pay their debts, determined that they could pass the loss of their non-redeemable, non-current notes, bonds, warrants/checks and other evidences of debt off on others, See: 60 Stat. 1456, Article VI, 5(c), and thereby crown their fraud with success.  As stated in Westfall vs. Braley, 10 Ohio 188, 75 Am. Dec. 509:

Complaint                                                      Page **17** of **33**

"Bank notes are the representative of money, and circulate as such, only by the general consent and usage of the community.  But this consent and usage are based upon the convertibility of such notes into coin, at the pleasure of the holder, upon their presentation to the bank for redemption.  This is the vital principle, which sustains their character as money.  So long as they are in fact what they purport to be, payable on demand, common consent gives them the ordinary attributes of money.  But upon failure of the bank by which they were issued, when its doors are closed, and its inability to redeem its bills is openly closed, and its inability to redeem its bills is openly avowed, they instantly lose the character of money, their circulation as currency ceases with the usage and consent upon which it rested, and the notes become the mere dishonored and depreciated evidences of debt...In the absence of any special agreement, the very offer of bank notes, as a payment in money of a pre-existing debt, is a representation that such notes are what they purport to be, the representative of money  and that they have the quality of convertibility, upon which their currency as money depends.  It is only upon this idea that they can be honestly tendered as money, and when accepted as such, under the same supposition, the mutual mistake of facts should no more be permitted to benefit one party, or prejudice the other, than if the notes had been spurious, or payment had been made in base or adulterated coin...A party might fraudulently pass the paper of a broken bank, and yet it might be difficult to prove his knowledge of the previous failure.  Or if his victim should succeed in passing it to one equally ignorant of the facts with himself, the last recipient would be left to bear the loss, and the fraud crowned with success." >> Source: Letter, October 26, 1989, Department of Treasury, Russell Munk, Assistant General Counsel (INTERNATIONAL AFFAIRS), as recorded in the Office of Clerk & Recorder, Baca County, Colorado, at Book 540, pg. 364-369, Letter, April 10, 1989, Department of Treasury, State of Colorado, Gail S. Schottler to Grace S. Hayes, Warrant/Bill of Credit No. 3-093626, issued by State of Colorado, Division of Accounts and Control, February 22, 1989, drawn upon "any bank or banker", see also: **Klauber vs. Biggerstaff**, 3 N.W. 357, pg. 362, **Ward vs. Smith**, 74 U.S. (7 Wall) 207, pg. 210.

44.    That each Fiction Libelee/Respondent and its attorneys knew or should have known that the de facto United States, as corporator and subscriber, See: 22 U.S.C. § 286e, and the de facto "STATE" and the inter-agency International Financial Institutions, Organizations, Corporations and Associations, including but not limited to, the Federal Reserve Banks, See: 22 U.S.C. § 286d, had declared "insolvency".  See: Public Law 88-243 § 1-201(23), **Adams vs. Richardson**, 337 S.W.2d 911, Congressional Record-House, May 4, 1992, pg. H 2891.  The bonds, debentures, notes, certificates, securities, warrants, checks, and other evidences of debt issued by or in behalf of their profligate inter-agency operations became "worthless securities" and "debt instruments" as a matter of equity and law.  Thus, they cannot pass good, clean, lawful title to real property.  Trading in worthless securities with unclean hands cannot give rise to an enforceable claim under equity law.

"26 I.R.C. § 165g, Worthless securities. – (1) General rule. –If any security which is a capital asset becomes worthless during the taxable year, the loss resulting therefrom shall, for the purposes of this subtitle, be treated as a loss from the sale or exchange, on the last day of the taxable year, of a capital asset."

(2) Security defined.

(C) A bond, debenture, note, or certificate, or other evidence of indebtedness, issued by a corporation or by a government or political subdivision thereof, with interest coupons or in registered form.

26 I.R.C. § 1275. Other definitions and special rules.

1. Definitions.  For purposes of this subpart- (1) Debt instrument.

(A) In general.  Except as provided in subparagraph (B), the term "debt instrument" means a bond, debenture, note, or certificate or other evidence of indebtedness." See also: IRS Form #1545-0067 for Foreign Earned Income.

As stated by John Adams:

"*I am of the opinion...that there never was a paper pound, a paper dollar, or a paper currency [as money] but by force and fraud.  That the army has been grossly cheated; that the creditors have been infamously defrauded [some closed their shops to prevent being paid off with worthless paper money]; that the widows and fatherless have been*

*oppressively wronged and beggard; that the gray hairs of the aged and the innocent, for want of their just dues, have gone down with sorrow to their graves, in consequence of our disgraceful depreciated paper currency.*" >>See: The Financial History Of The United States, (1896 Ed.), Albert S. Bolles, pg. 139.

45.    That each Fiction Libelee/Respondent and its attorneys knew or should have known that the inter-agency Banking associations, knowing themselves to be insolvent, fraudulently accepted the deposits of people See: **Easton vs. Iowa**, 188 U.S. 452, at pg. 454; the very essence and representative of their labor and efforts, their property.  The same said illicit association **having been precluded from lending, loaning or borrowing on the security of our Constitutional gold and silver Coin** (See: 18 U.S.C. § 337), and having loaned, borrowed and extended their own re-hypothecated debt credit, and preying upon the "necessary confidence between man and man" >See: Federalist Papers No. 44,  had no intentions of returning or giving others "just compensation", nor honoring their inter-agency "obligations" at any time.

"The fact that those notes constitute the principle currency in which ordinary transactions of business were conducted…cannot change the law.  The notes were *not a legal tender for debt*, nor could they have been sold for the amount due in legal currency.  The doctrine that bank bills are a good tender, unless objected to at the time, on the ground that they are *not money*, only applies to current bills, which are redeemed at the counter of the bank on presentation, and pass at par value in business transactions at the place where offered.  Notes not thus current at their par value, nor redeemable on presentation, *are not a good tender* to principal or agent, whether they are objected to at the time or not." See: **Ward vs. Smith**, 74 U.S. (7 Wall) 207, pg. 210.

"The Constitution of the United States does not secure to *anyone* the privilege of defrauding the public." See: **Easton vs. Iowa**, 188 U.S. 452, pg. 454.

46.    That each Fiction Libelee/Respondent and its attorneys knew or should have known that on January 19, 1976, United States House Representative, Marjorie S. Holt noted for the record a second **Declaration of INTERdependence**, and clearly identified the United Nations as a "**Communist**" organization, and that they were seeking both production and monetary control over the Union and People through the International Organizations promoting the "**One World**

**Order.**" (Reference: Declaration of Interdependence, January 19, 1976, Congressional Record, January 19, 1976, Extension Of Remarks; also see: 8 U.S.C. § 1101(40), 50 U.S.C. §§ 781, 783, Congressional Record, November 7, 1969, John Rarick.  This is contrary the **prohibition contained in Title 50 U.S.C. § 407**, to wit:

> <u>No part</u> of the funds appropriated in this (or any other) Act shall be used to pay
> (1) any person, firm, or corporation, or any combinations of persons, firms, or
> corporations, <u>**to conduct a study or to plan**</u> when and how or in what
> circumstances the Government of the United States should **surrender this**
> **country and its people to <u>any</u> foreign power,** (2) the salary or compensation of
> any employee or official of the Government of the United States who proposes or
> contracts or who has entered into contracts for the making of studies or plans for
> the surrender by the Government of the United States of this country and its
> people to any foreign power in any event or under any circumstances. Emphasis
> added in bold underline.

Numerous members of both the de facto United States House of Representatives and Senate, disregarding their sworn oaths, several promises and duties, signed the Declaration thereby lending credence, prestige, and allegiance to the diverse Foreign/Alien ideologies and Organizations.

47.     That each Fiction Libelee/Respondent and its attorneys knew or should have known that the de jure Monetary and Military powers being previously abridged, relinquished, re-delegated and usurped to the direction and control of Foreign Powers, namely the United Nations Organizations and Agents, left the internal operations of the civil government partially intact. Congress passed Public Law 93-83, 87 Stat. 197, on August 6, 1973, thereby transferring certain other public offices and interests over to the direction, control and financial benefit of the United Nations Organizations, namely the "International Criminal Police Organizations" (INTERPOL), 22 U.S.C.A. § 263a. Public Law 93-83, Part D, Section 402(c), at pg. 206, specifically states that:

> **"(c) The Institute shall serve as the national and international clearinghouse**
> **for exchange of information with respect to the improvement of law**

Complaint                                                    Page **21** of **33**

**enforcement and criminal justice, including but not limited to police, courts, prosecutors, public defenders, and corrections."**

48.     The International INTERPOL operations, based in Lyon, France, have numerous other inter-Agency Agents, who are under direction, control and financing of the "alternate" permanent member of the INTERPOL "Secretariat", the "Secretary of Treasury" a/k/a alien corporate "Governor" of The Fund and The Bank, and the "permanent" member of the INTERPOL "Secretariat", the U.S. Attorney General.  See: Memorandum Of Understanding Between The Department Of The Treasury And The Department Of Justice Pertaining To U.S. Representation To The International Criminal Police Organization (INTERPOL) And Matters Related Thereto (1977), U.S. Government Manual, pg. 385.  The INTERPOL Agents are part of an "International Force," under direction and control of the Secretary General of the United Nations - Congressional Record-House, September 22, 1988, pg. H7936, the Secretary of Treasury a/k/a the alien corporate Governor of "The Fund" and "The Bank" and the U.S. Attorney General (Memorandum of Understanding, and U.S. Government Manual 1990/91, pg. 385, International Criminal Police Organization (INTERPOL), Constitution And General Regulations; GAO, Briefing Report to the Chairman, Subcommittee on Civil and Constitutional Rights, Committee on Judiciary, U.S. House of Representatives, Counterterrorism, Role of INTERPOL and the U.S. National Central Bureau, June 1987, GAO/GGD-87-93BR; Report Of The Comptroller General Of The United States, United States Participation In INTERPOL, The International Criminal Police Organization, December 27, 1976, ID-76-77), the expatriated, alien, permanent members of the "Secretariate".

That each Fiction Libelee/Respondent and its attorneys knew or should have known that as INTERPOL Agents they are required to renounce their allegiance to their respective Countries and State, as evidenced by Letter, Internal Memorandum, June 6, 1972, Mr. John E. Ingersoll, Director to John Warner, Chief, Strategic Intelligence Office, on page 2, to wit:

> **"The Secretariate consists of international police officers who have given up their allegiance to their individual countries for the term assigned to INTERPOL."** (See

Complaint                                                      Page **22** of **33**

also: Constitution and General Regulations, INTERPOL, Articles 25-30, Title 8 U.S.C. §
1481, Title 22 U.S.C. § 611).

49.     While acting under the Constitution And General Regulations of INTERPOL, by way of
USNCB of INTERPOL - United States National Central Bureau- "Point of Contact for
International Law Enforcement" - these Foreign Agents adhere only to the Constitution And
General Regulations of INTERPOL and claim complete exemption from the domestic Laws of
the host Nation, State or Local Authority.

> "In the exercise of their duties, the Secretary General and the staff shall neither
> solicit nor accept instructions from any government or authority outside the
> Organization.  They shall abstain from any action which might be prejudicial to
> their international task."  See: INTERPOL Constitution And General Regulations,
> Article 30, Clause 1.

50.     The alien, inter-agency INTERPOL operations can and do obtain information on
Americans and their families even though no specific criminal incident has occurred, and use
numerous documents to access and obtain information, including but not limited to: social
security numbers,  See: **United Food and Commercial Workers International Constitution,**
(1997),  Article 34(B) par. 7, passports, drivers licenses, vehicle registration, finger prints,
medical and dental records, bank accounts, and numerous other inter-agency records, indexes
and files  See: **GAO Briefing Report,** Role of INTERPOL and the U.S. National Central
Bureau, GAO/GGD-87-93BR, pg. 2, 3, 17, 18,  and claims exclusion and immunity from
Freedom of Information Act, and the Privacy Act of 1974, 5 U.S.C.§ 552, and numerous other
domestic Laws. See: **Executive Order No. 12425, Code of Federal Regulations (CFR) 5.4.**
The Internal Revenue Service, being represented members of INTERPOL, also uses telephone
numbers through the "Automated Collection System (ACS)" to access files.  See: GAO Report
to the Joint Committee on Taxation, U.S. Congress, "Tax Administration", Extent and Causes of
Erroneous Levies, December 1990, GAO/GGD-91-9, pg. 1.  The inter-agency international Law
merchants and their factors had obtained access to all facets of anyone's private life, affairs and
their property, whether corporeal or incorporeal in their nature.  Those of alien character and

certain expatriates had declared themselves above the Law of Nations or of any particular Nation/State.

51.     The district court of the United States for the western district of Washington has acquired exclusive original cognizance of this claim for the United States because this is a federal question - a Constitutional matter involving a Free White Man on the land complaining about threatened theft and seizure of private property contrary to due process of law -Title 18 U.S.C. §§ 661 and 1201 respectively and irregular extradition from the asylum state into the United States custody, treason - Constitution, Article III §3 and Title 18 U.S.C. §2381 by William Raymond Hinesly and each Fiction Libelee and its attorneys and unidentified subordinates, agents of a foreign principal, creating diversity of citizenship - Title 28 U.S.C. §§1331 and 1333 respectively.  The presentments, SPECIAL WARRANTY DEED, TRUSTEE'S DEED UPON SALE, NOTICE OF TRUSTEE'S SALE are arbitrary and capricious grounded in fraudulent statements of unidentified subordinates foreign agents clearly serving as the sole authority for the actions by way of inland seizure of the inherent right to property of Lewis Vincent Hughes. Speaking historically, the districts, formed in 1790 for handling the financial obligations of the United States could not come into existence until after formal expression of remedy in the 'saving to suitors' clause (1789) quoted above and codified at Title 28 U.S.C. §1333.

52.     The only excuse for the discretionary authority granted administrative agencies is the judicial oversight demonstrated in this invocation of an Article III court.

## V.  Stipulation of acceptable answer

53.     The issue is simple. Agents of a foreign principal are required to register as foreign agents and are further required to file their compliance in the appropriate district court prior to exercising any ostensible claim against a Free White Man on the land. This is international and common law.  In this case, there have been no claims filed against Lewis Vincent Hughes or pseudonyms in the respective district court of the United States for the western district of Washington.  As a matter of both law and fact, no contract binds Lewis Vincent Hughes to forfeit freedom or property to William Raymond Hinesly or any Fiction Libelee/Respondent or it

Complaint                                                                       **Page 24 of 33**

attorneys.  Each Fiction Libelee and its attorneys  as foreign agents must directly address the validity of the certificate of search that clearly shows there have been no claims filed against "Lewis Vincent Hughes" or any pseudonym through which Lewis Vincent Hughes may be engaged in contract in the district court of the United States for the western district of Washington.  The court clerk for the western district of Washington through his agent can execute a certificate of search that can establish no such claims against Lewis Vincent Hughes or any legal name exist.  William Raymond Hinesly or any Fiction Libelee/Respondent or it attorneys may contact the court clerk to conduct searches and of course the Article III judge can research cases in chambers. It is however reasonable to say that if William Raymond Hinesly or any Fiction Libelee/Respondent are moving on a valid claim and judgment in district court of the United States for the western district of Washington then William Raymond Hinesly or any Fiction Libelee/Respondent or it attorneys know what case it is.

54.     Any responsive answer to this Libel of Review entered into the record of this action by any foreign agent, which is not accompanied by a Certificate of Registration as a foreign agent is fraud upon the court and is void and inadmissible and cannot stand on the record.  Further, it is grounds for the immediate issuance of an arrest warrant under exigent circumstances.  See later discussion on this authority.

55.     The United States is not a party in interest to this action. Any registered attorney responding for William Raymond Hinesly or any each Fiction Libelee and its attorneys cannot be a citizen of the United States due to the *de jure* Thirteenth Amendment of the Constitution for the United States of America, a copy is annexed hereto as ANNEX R, and fully incorporated into this claim.   Any federal judge assigned this case, who can prove that he has taken the proper Oath of Office, as proscribed in the ***First Judiciary Act of September 24, 1789***, for an Article III district court of the United States, and which Oath is on Record in this Court, is competent to adjudicate under Article III due to "inactive" status with the State Supreme Court attorney register.  Failure to answer will be met with default judgment for Lewis Vincent Hughes according to the notice on the face of the summons.

# VI.  Stipulation of remedy

56.     The recourse sought is immediate exclusive original cognizance of the United States through the district court of the United States for the western district of Washington and **abatement of any claims and correction of the public records from October 6, 2014 and removal of any FRCP - Rule 4 violations, Notice of Liens, Claims and Notices of Sale, Order for Possession, and other fraudulent documents recorded in the public repository of KING COUNTY.  A Declaratory Judgment that the assignment of United States Land Patent Number 32 is valid and complete, and that it acts as a bar to any STATE or COUNTY agent who might try to impose commercial process on Libelant/Petitioner Lewis Vincent Hughes.**  This case is repository for evidence for injunctive relief from any future presentments and theft or seizure actions from *any* foreign agents or their principals.  Though the theft/seizure could be justified by notice and sophistry under the color of law of municipal structure, the proceedings have obviously been under the pretended authority of unconscionable contract and the recourse demanded is proper.  There is no excuse for the arbitrary and capricious attorney actions – inland piracy seizure of property - that have confronted good men and women since the Banker's Holiday. Roosevelt implemented a "voluntary compliance" national debt, upon the States by Governor's Convention, but utilized the 1917 *Trading with the Enemy Act* to compel citizens of the United States to comply.  The substitution of *American Citizens* for the German nationals on this land was against **Stoehr v. Wallace**, 255 U.S. 239 (1921) where the Court clearly expresses "*The Trading with the Enemy Act, originally and as amended, is strictly a war measure...*" - directly citing the Constitution Article I, §8, clause 11. The war on the Great Depression (1) does not count and (2) would only last the duration of the emergency if it did.

57.     William Raymond Hinesly and each Fiction Libelee and its attorneys and all principals and agents are hereby properly notified.  There is no governmental immunity to cover "law enforcement officers" who choose to interfere with one's rights to the land and violators will be

arrested by the U.S. Marshal according to Rule C of the *Supplemental Rules for Certain Admiralty and Maritime Claims.*

## ****************VII. Injunction ******************

58.     Upon William Raymond Hinesly and each Fiction Libelee and its attorneys and all principals and agents; and a sundry of others, etc. are ordered to immediately cease all (professional) conscious contact with Lewis Vincent Hughes and further you are ordered to release all purported claims against Lewis Vincent Hughes regarding any claims under commercial vessel attached to Lewis Vincent Hughes regarding the property located at and addressed as 15923 SE 369th Street, Auburn, Washington state and return of all property intentionally and maliciously removed from said property instanter! **Service to the agent is service to the principal and vice versa.**

## VIII.  Notice

59.     Failure to comply with this injunction immediately will result in the cancellation, in common or several, of citizenship mentioned in the annexed and fully incorporated de jure Bill of Rights.  Position of privilege within positive law jural societies are allowed on this fine land, church organizations, Olympic Commission, Freemasonry, home rule municipal corporations [METRO INTERPOL -USNCB, etc., but only when they contain themselves to within the scope of their severely limited jurisdiction, i.e. foreign trade zones under federal public policy of HJR 192, P.R. 73-10.  The Constitution for the United States of America at Article I Section 10, Clause 1 both protects a Man's right to contract and right of avoidance of imposition by various societies, (Esquires of international banking cartel were obviously foremost in Thomas Jefferson's mind, through domestically exercised titles of nobility, self-aggrandized positions of privilege [privi–leges; private law].  As early as 1810 or so the early constitutional legislators saw a need to specify and enumerate the stipulation further with the lucid amendment.

## IX.  Purpose of Injunction

60.     Abatement of all claims and return of all property both real and personal erroneously seized under said commercial vessel - Recordings in the KING COUNTY RECORDER'S OFFICE account is warranted upon the vetting of the district court of the United States for the western district of Washington records and files pursuant to an executed Certificate of Search, wherein a reasonable Man would determine that William Raymond Hinesly and each Fiction Libelee and its attorneys have circumvented with willful intent the prohibition and mandate of the Article I Section 10 of the Constitution for the United States of America as it pertains to tender of obligation in payment of debt and FRCP Rule 4 regarding service of process mandate for foreign agents.   Thus Libelees presentments identified herein under the **Notice of Liens, Claims and Notices of Sale, Order for Possession, and other fraudulent documents recorded in the public repository of KING COUNTY** are utterly void, repugnant to the guarantee of due process in or at law and is abated as a matter of both law and fact.

## X.  *TO ALL TO WHOM THESE PRESENTS SHALL PREMISES CONSIDERED:*

61.     **A failure to adhere to this Injunction:**  Immediate arrest of any of the herein named individuals, Libelees, and/or total and immediate revocation of citizenship for the same will be implemented by U.S. Marshal under Rule C(3)(a)(ii)(B) *Arrest Warrant of the Supplemental Rules for Certain Admiralty and Maritime Claims* upon the concurrent filing of my **certificate of exigent circumstances** with the clerk of the U.S. Courthouse after any named Libelee or subordinate **refuses to release from the unlawful restraint the real and personal property of Lewis Vincent Hughes upon receipt of this claim - libel of review**.

62.     Upon offense by hostile presentment after the inevitable default by William Raymond Hinesly and each Fiction Libelee including all agents, principals and any and all offensive presentments, after fair notice by refusal for fraud like the above clerk instruction a **certificate of exigent circumstances** will be issued pursuant to Rule C(3)(a)(ii)(B) *Arrest Warrant* and the clerk will immediately issue an arrest warrant for William Raymond Hinesly and each Fiction

Complaint                                                          Page **28** of **33**

Libelee and its attorneys, agent or principal to be taken into custody for the violations of law. Future presentments of any kind from either William Raymond Hinesly and each Fiction Libelee and its attorneys or any other agent acting for the bankruptcy of the United States through the district may be considered hostile threat of seizure.

## XI.  Stipulation regarding character and residential address

63.    The use of a residential address is by right.  All 'privileges' associated with postal delivery are compensated, usually prepaid in honestly won U.S. currency.  Lewis Vincent Hughes is not Pro Se and is not representing himself.  The clerk shall not change the name of this suit on the docket from the name on the filing fee receipt.  Lewis Vincent Hughes retains the unalienable right to hold the district court clerk to the obligations to perform duty of file clerk for the United States working in the United States Courthouse.  This includes the expectation that if and when this cause reaches default judgment status against William Raymond Hinesly and each Fiction Libelee the default judgment will be filed in full cognizance of the United States and will appear on the docket as "Default judgment for the Petitioner."  Lewis Vincent Hughes is authorized by fidelity bond to file default judgment in lieu of district court of the United States for the western district of Washington action.  Any such judgment will stand on the truth for validity.  Any character assassination will activate Instrumentality Rule and pierce the corporate veil of the United States and all agencies.  Usage of residential address is non-assumpsit and changes Lewis Vincent Hughes's character not in the least:

"The privilege against self-incrimination is neither accorded to the passive resistant, nor the person who is ignorant of his rights, nor to one indifferent thereto.  It is a fighting clause.  Its benefits can be retained only by sustained combat.  **It cannot be claimed by attorney or solicitor**.  It is valid only when insisted upon by a belligerent claimant in person." Quote from federal judge Lee in *United States v. Johnson et al.* No. 11400, Middle District of Pennsylvania, 76 R. Supp. 538; 1947, U.S. Dist. LEXIS 3057, February 26, 1947.  Emphasis added.

64.    The highlighted bold sentence in the above quote admonishes against any clerk action that falsely brands Lewis Vincent Hughes Pro Se - to imply that Lewis Vincent Hughes is representing himself before the district court of the United States for the western district of Washington.  Lewis Vincent Hughes is responsible asylum state visiting his judiciary under Rule E(8).  If an Article I (active attorney) "judge" is assigned this case or the Article III judge chooses to protect the fiduciary interests of the Bank and Fund, to act as an attorney under Article I, maintain silence:

> "BANKRUPTCY. The state or condition of a bankrupt.
>     2. Bankrupt laws are an encroachment upon the common law. The first in England was …" Bouvier's Law Dictionary 1856.

then that judge will be in breach of his Judicial Canons and his Oath of Office.

65.    All testimony will be without immunity - **piercing the corporate veil and Instrumentality Rule**.  Lewis Vincent Hughes is a Free White Man with God-given unalienable rights, one living and regenerate entity of sound mind and body.

## XII.  No magistrates

66.    Looking at 28 U.S.C. § 636(c), One finds that a United States Magistrate Judge can conduct a proceeding **ONLY** on the consent of the parties to that proceeding.  I hereby and herewith Declare that **No** one may handle this case but an Article III judge.  The nature of this cause is injunctive relief, albeit preemptive.  Title 28 U.S.C. §636(b)(1)(A) cannot ensue, "...except a motion for injunctive relief..."

## XIII.  Tort Claim

69.    Libelant/Petitioner, Lewis Vincent Hughes, hereby and herewith registers a Tort Claim for damages suffered and being suffered as a result of the actions of William Raymond Hinesly

and each Fiction Libelee/Respondent and its attorneys, in the amount of five million dollars ($5,000,000.00).

## XIV.  Reservation of Rights

70.     Libelant/Petitioner, Lewis Vincent Hughes, hereby and herewith declares and asserts all rights, expressed or implied to:

    a.   Enjoin any other party into this action which has been found to be liable for their actions relevant to this cause of action.

    b.   Amend Complaint and seek alternative resolutions, as may be prudent.

    c.   Depose all witnessess to be called by Libelees/Respondents prior to trial.

    d.   Seek FULL indulgence of discovery.

    e.   Present all facts and evidence in suport of Libelant/Petitioner, Lewis Vincent Hughes's cause of action at trial.

    f.   Have adjudication of the disputed material fact by trial before a competent JURY of Libelant/Petitioner's peers.

## XV.  Summary

WHEREFORE, Libelant/Petitioner, Lewis Vincent Hughes demands a trial by jury, to be comprised of 12 competent peers, to determine all issues of facts in dispute and to determine and award damages sought.  Further, any damages as the Court deems reasonable for statutory violations of law and contempt and violation of the Acts of Congress, and contempt and violation of federal public policy, as well as damages for defamation of character, malicious harrasment, along with court costs and fees.


Dated this _____ day of January, 2016.

L.S. _Lewis Vincent Hughes_

Lewis Vincent Hughes
15923 SE 369th Street, Auburn, Washington
[98092]


L.S. _Dean Arlo Arp_

Dean Arlo Arp
15923 SE 369th Street, Auburn, Washington
[98092]


*Notice: Use of Notary is for identification purposes only and shall not be construed against Declarant as adhesion, indicia, or submission to any foreign, domestic, or municipal jurisdiction or public venue.*


STATE OF WASHINGTON         )
                            )      JURAT
COUNTY OF KING              )


Before me the undersigned, a Notary acting within and for the County of ___King___

and State of Washington on this _15_ day of ___Jan___, 2016, personally appeared and known to me - OR - proved to me on the basis of satisfactory evidence to be the person whose names is subscribed to the within instrument, to be the identical Free Man, Lewis Vincent Hughes, who being duly sworn, declared the above to be true, correct, and not meant to mis lead, to the best of his first hand knowledge, understanding, and belief, by his free will and voluntary act and deed by his signature on the foregoing document, executed the within instrument.

Given under my hand and seal this _15_ day of ___Jan___, 2016.


Complaint                                            **Page 32 of 33**

1

_____

2
Notary signature

3

4
_Hee J. Kim_

Printed Notary name

5

6
My commission expires   _11-25-2017_

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

Seal

Complaint